Form 270

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 11−81439

IN THE MATTER OF:
Travis LaMont Lassiter      xxx−xx−0950
Belinda Michelle Lassiter   xxx−xx−2457
82 Eastwood Street
Pittsboro, NC 27312

    Debtor(s)

## NOTICE OF FILINGS DUE

It appearing that a petition commencing a case under Title 11, United States Code was filed by or against the person named above on 9/2/11 , and Pursuant to Bankruptcy Rule 1007, the following document(s) named below must be filed within **fourteen (14) days** from the date the petition was filed.

**Missing Documents(s):**
_____
Notice of Crd & Pro Pln due 09/20/2011

**Date: 9/6/11**                                                                 OFFICE OF THE CLERK/ jsl